UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0274 WHA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| OSCAR FLORES, ) JONATHAN JUAREZ HERNANDEZ, and ) OLIVIA HERNANDEZ-GALVAN, ) | |
| Defendants. ) | |

The parties appeared before the Court on May 24, 2011. With the agreement of the parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 24, 2011 to June 28, 2011. Failure to grant the requested continuance would unreasonably deny the defendants a reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. FLORES, et al CR 11-0274                                                                                           1

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 24, 2011 to June 28, 2011, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from  May 24, 2011 to June 28, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: June 13, 2011                         /s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: June 13, 2011                         /s/
RONALD TYLER
Attorney for defendant Oscar Flores

DATED: June 13, 2011                         /s/
GEORGE BOISSEAU
Attorney for defendant Jonathan Juarez Hernandez

SO ORDERED.

DATED: June 13, 2011.

THE HON. WILLIAM H. ALSUP
United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. FLORES, et al CR 11-0274                                                                                                     2