UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0274 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| OSCAR FLORES, JONATHAN JUAREZ HERNANDEZ, and OLIVIA HERNANDEZ-GALVAN, | |
| Defendants. | |

The parties appeared before the Court on June 28, 2011. With the agreement of the parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 28, 2011 to July 19, 2011. Failure to grant the requested continuance would unreasonably deny the defendants a reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. FLORES, et al CR 11-0274                                                                                                  1

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 28, 2011 to July 19, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 28, 2011 to July 19, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: June 29, 2011          /s/
          PATRICIA SPALETTA
          Special Assistant United States Attorney

DATED: June 29, 2011          /s/
          RONALD TYLER
          Attorney for defendant Oscar Flores

DATED: June 29, 2011          /s/
          GEORGE BOISSEAU
          Attorney for defendant Jonathan Juarez Hernandez

SO ORDERED.

DATED: July 19, 2011.          _____
          THE HON. WILLIAM H. ALSUP
          United States District Judge