**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OSCAR FLORES,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. CR 11-00274 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE HEARING DATE** |

　　　　The government and defendant Oscar Flores have stipulated to continue the trial setting hearing scheduled for tomorrow, August 16, 2011, at 8:00 a.m., to September 6. Defendant Jonathan Juarez Hernandez has not stipulated to continue the hearing.

　　　　The stipulation to continue the hearing is **DENIED**. We will proceed with the scheduled time tomorrow.

　　　　**IT IS SO ORDERED.**

Dated: August 15, 2011.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE