1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4

5  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:    (415) 552-6031
8       Facsimile:    (415) 436-7234
        Patricia.Spaletta@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,              ) No. CR 11-0274 WHA
                                            )
17 |         Plaintiff,                     ) STIPULATION AND [PROPOSED]
                                            ) PRELIMINARY ORDER OF FORFEITURE
18 |    v.                                  )
                                            )
19 | OSCAR FLORES,                          )
                                            )
20 |         Defendant.                     )
                                            )
21

22

23         Pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, the undersigned

24 submits this proposed preliminary order of forfeiture.

25         On September 27, 2011, defendant Oscar Flores pled guilty to the following six counts of

26 the Superseding Indictment: Counts One, Three, and Five, Transfer of False Identification

27 Documents, in violation of 18 U.S.C. § 1028(a)(2); counts Two and Four, Production of False

28 Identification Documents, in violation of 18 U.S.C. § 1028(a)(1); and Count Six, Possession of a

[PROPOSED] ORDER OF FORFEITURE
U.S. v. OSCAR FLORES, CR 11-00274 WHA                                                         1

1  Document Making Implement, in violation of 18 U.S.C. § 1028(a)(5).  The Superseding
2  Indictment contains a forfeiture allegation.  The parties entered into a plea agreement where the
3  defendant agrees to forfeit all contraband seized by law enforcement from his possession or
4  control, including but not limited to, the computers, paper cutter, laminator, false identification
5  documents, cell phones, computer diskettes, computer hardware, and printers.
6      Accordingly, the Court has determined, based upon the defendant's plea agreement, that all
7  property named in paragraph 9 of the plea agreement is subject to forfeiture pursuant to 18
8  U.S.C. §§ 982(a)(2)(B), and 1028(b)(5), that the defendant had an interest in such property, and
9  that the government has established the requisite nexus between such property and the offenses.

MELINDA HAAG
United States Attorney

DATED: December 8, 2011            /s/
                         PATRICIA SPALETTA
                         Special Assistant United States Attorney


DATED: December 8, 2011            /s/
                         RONALD TYLER
                         Assistant Federal Public Defender


SO ORDERED.


DATED:  December 9, 2011.
                         William Alsup
                         UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF FORFEITURE
U.S. v. OSCAR FLORES, CR 11-00274 WHA                                          2